IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM BURROWS, JR., on behalf of himself and all others similarly situated, | : |
| | : Case No. |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| DC PORTFOLIO SERVICES, LLC, ABRAHAMSEN GINDEN, LLC, and JOSHUA GINDIN, | : |
| Defendants. | : |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendants DC Portfolio Services, LLC, Abrahamsen Gindin, LLC, and Joshua Gindin hereby remove the above-captioned matter to this Court from the Superior Court of New Jersey, Law Division: Essex County, and in support thereof state as follows:

1. DC Portfolio Services, LLC, Abrahamsen Gindin, LLC and Joshua Gindin are defendants in a civil action originally filed on November 22, 2021, in the Superior Court of New Jersey, Law Division: Essex County, titled *William Burrows, Jr., on behalf of himself and all others similarly situated v. DC Portfolio Services, LLC, Abrahamsen Gindin, LLC and Joshua Gindin*, and docketed to Case No. ESX-L-8932-21.

2. The removal is timely under 28 U.S.C. § 1446(b). Defendants accepted service of Plaintiff's Complaint by e-mail on December 21, 2021.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

4. The United States District Court for the District of New Jersey has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendants alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. He alleges that Defendants' conduct caused him harm warranting an award of actual damages.

5. On this date, Defendants have provided notice of this Removal to counsel for Plaintiff and to the Superior Court of New Jersey, Law Division: Essex County.

WHEREFORE, Defendants DC Portfolio Services, LLC, Abrahamsen Gindin, LLC and Joshua Gindin respectfully remove this case to the United States District for the District of New Jersey.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: */s/ Brit J. Suttell*
BRIT J. SUTTELL, ESQUIRE
10 Beatty Road, Suite 200
Media, PA  19063
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendants

Dated:  January 20, 2022

## **CERTIFICATE OF SERVICE**

I certify that on January 20, 2022, a true copy of the foregoing document was served on the persons below via electronic means:

David C. Ricci, Esq.
Law Office of David C. Ricci, LLC
51 JFK Parkway, First Floor West
Short Hills, NJ  07078
dricci@NJConsumerLawyer.com
*Counsel for Plaintiffs*

       **BARRON & NEWBURGER, P.C.**

By: */s/ Brit J. Suttell*
   BRIT J. SUTTELL, ESQUIRE
   10 Beatty Road, Suite 200
   Media, PA  19063
   (484) 999-4232
   britjsuttell@bn-lawyers.com
   Counsel for Defendants

Dated:  January 20, 2022